CHRISTOPHER M. VELEY, WSBA No. 29522
chris@slindenelson.com
PHIL J. NELSON, WSBA No. 44466
phil@slindenelson.com
DARIAN A. STANFORD, WSBA No. 44604
darian@slindenelson.com
SLINDE NELSON STANFORD
111 SW Fifth Avenue, Suite 1740
Portland, OR 97204
Telephone: (503) 417-7777
Fax: (503) 417-4250
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JAMES PATRICK BOYER, an individual; CATHERINE BOYER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>REED SMITH, LLP, a Delaware limited liability partnership; JAMES J. BARNES, an individual; LMJ ENTERPRISES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:12-cv-05815 RJB<br><br>STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFFS |

## **STIPULATION**

Plaintiffs James Patrick Boyer and Catherine Boyer, by and through their attorney, Larry Hazen; Defendant Reed Smith, LLP, by and through its attorney John Tondini of Byrnes, Keller, Cromwell LLP; and Defendant James J. Barnes and LMJ Enterprises, LLC, by and through their attorney, Renée E. Rothauge of Markowitz, Herbold, Glade & Mehlhaf, PC, hereby stipulate that

Page 1 – STIPULATION AND ORDER FOR SUBSTITUTION
OF COUNSEL FOR PLAINTIFFS

Plaintiffs have retained Christopher M. Veley, Philip J. Nelson, and Darian A. Stanford of Slinde Nelson Stanford to represent them in place of their former attorney, Larry E. Hazen.

**IT IS SO STIPULATED:**

By: /s/ Larry E. Hazen
Larry E. Hazen, WSBA No. 31046


SLINDE NELSON STANFORD

By: /s/ Christopher M. Veley
Christopher M. Veley, WSBA No. 29522
Of Attorneys for Plaintiffs


BYRNES, KELLER, CROMWELL LLP

By:_____
John A. Tondini, WSBA No. 19092
Of Attorneys for Defendant Reed Smith, LLP


MARKOWITZ, HERBOLD, GLADE & MEHLHAF, PC

By:_____
Renée E. Rothauge, WSBA No. 20661
Of Attorneys for Defendant James J. Barnes and LMJ Enterprises, LLC


**[ORDER ON NEXT PAGE]**

Plaintiffs have retained Christopher M. Veley, Philip J. Nelson, and Darian A. Stanford of Slinde Nelson Stanford to represent them in place of their former attorney, Larry E. Hazen.

**IT IS SO STIPULATED:**

By:_____
    Larry E. Hazen, WSBA No. 31046


SLINDE NELSON STANFORD


By:_____
    Christopher M. Veley, WSBA No. 29522
    Of Attorneys for Plaintiffs


BYRNES, KELLER, CROMWELL LLP

By: */s/ John A. Tondini*
    John A. Tondini, WSBA No. 19092
    Of Attorneys for Defendant Reed Smith, LLP


MARKOWITZ, HERBOLD, GLADE & MEHLHAF, PC


By:_____
    Renée E. Rothauge, WSBA No. 20661
    Of Attorneys for Defendant James J. Barnes and LMJ Enterprises, LLC


**[ORDER ON NEXT PAGE]**

Plaintiffs have retained Christopher M. Veley, Philip J. Nelson, and Darian A. Stanford of Slinde Nelson Stanford to represent them in place of their former attorney, Larry E. Hazen.

**IT IS SO STIPULATED:**

By:_____
  Larry E. Hazen, WSBA No. 31046


SLINDE NELSON STANFORD

By:_____
  Christopher M. Veley, WSBA No. 29522
  Of Attorneys for Plaintiffs


BYRNES, KELLER, CROMWELL LLP

By:_____
  John A. Tondini, WSBA No. 19092
  Of Attorneys for Defendant Reed Smith, LLP


MARKOWITZ, HERBOLD, GLADE & MEHLHAF, PC

By:_____
  Renée E. Rothauge, WSBA No. 20661
  Of Attorneys for Defendants James J. Barnes and LMJ Enterprises, LLC


**[ORDER ON NEXT PAGE]**

## ORDER

Based on the foregoing stipulation and the Court being otherwise fully advised, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs James Patrick Boyer and Catherine Boyer have retained Christopher M. Veley, Philip J. Nelson, and Darian A. Stanford of Slinde Nelson Stanford to represent them henceforth.

Signed this 4 day of Dec , 2012.

_____
The Honorable Judge Robert J. Bryan

Presented by:

SLINDE NELSON STANFORD

By: _____
Christopher M. Veley, WSBA No. 29522
Of Attorneys for Plaintiffs